**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**SOMBRA COSMETICS, INC.,**

     Plaintiff-Appellee,

v.                                                            **NO. 28,952**

**ALIVIA LABORATORIES, INC.,**

     Defendant,

and

**ROBERTO GOMEZ and**
**MICHAEL WHALEN,**

     Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Charles A. Armgardt
Albuquerque, NM

Samantha M. Adams
Albuquerque, NM

for Appellee

Roberto Gomez
Los Lunas, NM

Michael Whalen
Los Lunas, NM

Pro Se Appellants

## MEMORANDUM OPINION

**CASTILLO, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**

_____

**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____

**CYNTHIA A. FRY, Chief Judge**

_____

**TIMOTHY L. GARCIA, Judge**